GEORGE S. METCALFE, Appellant, v. FRANK S. SIDWAY and Another, Individually and as Executors, etc., of FRANK SIDWAY, and Others, Respondents.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for defendants on the nonsuit, with costs. Judgment in favor of defendant Charlotte S. Sidway modified by striking out the provision for costs in her favor, and as modified affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

INTERNATIONAL FUEL AND IRON CORPORATION, Plaintiff, v. DONNER STEEL COMPANY, INC., Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for defendant on the nonsuit, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GEORGE A. ARMSTRONG, Respondent, v. ANTONIO SISTI, Appellant.— Judgment and order affirmed, with costs. All concur, except Crouch, J., who dissents and votes for reversal. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PIETRO RIBELLINO, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of the Application of ARTHUR B. HEADLEY, Appellant, for an Order of Mandamus against SIMON J. FENNELL, as Superintendent of Buildings of the City of Rochester, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

LORENZO C. DAVIS, Respondent, v. LOUIS A. BEUFVE and Another, Appellants. — Judgment and order affirmed, with costs. All concur. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

MARGARET GILCHRIST, an Infant, by MARY GILCHRIST, Her Guardian ad Litem, Respondent, v. GEORGE W. SHEPARD and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

COUNTY OF ALLEGANY, Respondent, v. DELBERT P. SNYDER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

JULIA R. CARROLL, as Executrix, etc., of ROBERT J. CARROLL, Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

MIKE VETROMILE, Respondent, v. NATHAN RAPAPORT, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

KATHLEEN DEVINE, an Infant, by CATHERINE DEVINE, Her Guardian ad Litem,